

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00063-CV

JASON OMAR MORENO
v.
CREGG C. THOMPSON, HIDALGO COUNTY ASSISTANT DISTRICT ATTORNEY

On Appeal from the
92nd District Court of Hidalgo County, Texas
Trial Cause No. C-1912-15-A

## CORRECTED JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

May 26, 2016